Opinion issued April 7, 2008










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-08-00218-CV

____________


IN RE A&B VALVE AND PIPING SYSTEMS, L.P. A/K/A A&B VALVE
AND PIPING SYSTEMS; A&B G.P.,L.L.C.; CONNIE DOBSON; MARTIN
WILLMORE; TARA KOLAR; AND LINDA URBANEK, Relators






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relators filed a petition for a writ of mandamus complaining of Judge
Hancock's (1) four oral March 27 and 28, 2008 rulings located in the mandamus records
as follows: (1) No. 01-08-00217-CV, supplemental record vol. 1, tab 18, page 72, line
24 to page 73, line 2; (2) No. 01-08-00217-CV, supplemental record vol. 1, tab 18,
page 73, lines 22 and 23; (3) No. 01-08-00217-CV, record vol. 2, tab 14, page 25, line
25 to page 26, line 4; and (4) No. 01-08-00217-CV, supplemental record vol. 1, tab
18, page 74, lines 11, 12, and 19. Judge Hancock modified these orders on April 4,
2008.

 We dismiss as moot the petition for a writ of mandamus.


PER CURIAM

Panel consists of Justices Nuchia, Hanks, and Higley.
1. The Honorable Patricia Hancock, judge of the 113th District Court of Harris
County, Texas. The underlying lawsuit is Nat'l Oilwell Varco, L.P. v. A&B Bolt &
Supply, Inc., No. 2006-79749 (113th Dist. Ct., Harris County).